```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| VIANCA JEAN ASHLEY FRAZIER,<br><br>                    Plaintiff,<br><br>-against-<br><br>SHS DEVELOPMENT COMPANY, d/b/a<br>THE LOCK UP SELF STORAGE,<br>et al.,<br><br>                    Defendants. | No. 21-CV-8461 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    It having been reported to this Court that the court-ordered mediation was held and agreement was reached on all issues, it is hereby ORDERED that the Clerk of the Court shall mark this matter closed and all pending motions denied as moot; provided, however, that if settlement is not consummated within 30 days of the date of this Order, either party may apply by letter within the 30-day period for reinstatement of the action.

**SO ORDERED.**

Dated:    March 2, 2022
           New York, New York

                                    *Loretta A. Preska*
                                    LORETTA A. PRESKA
                                    Senior United States District Judge