UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X

VIANCA JEAN ASHLEY FRAZIER,

                Plaintiff,

-against-

SHS DEVELOPMENT COMPANY, d/b/a THE LOCK
UP SELF STORAGE, DUANE SPENCER, and DALE
MORROW, Individually,

                Defendants.
---------------------------------------------------------------------------X

Civil Action#
1:21-cv-08461-LAP

**STIPULATION OF
DISCONTINUANCE
WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys for the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued **with prejudice** without costs to either party as against the other.

IT IS HEREBY FURTHER STIPULATED AND AGREED, that a telefax and/or copy of this stipulation shall have the same force and effect as the original and that the stipulation may be signed in counterparts.

Dated: Farmingdale, New York
April ~~March~~ 16, 2022
New York, NY

_____
**SEKENDIZ LAW GROUP, P.C.**
By: Ismail S. Sekendiz
Attorneys for Plaintiff
45 Broadway, Suite 1420
New York, NY 10006
Tel: (212) 380-8087
Email: sekendizlaws@gmail.com

_____
**CRUSER, MITCHELL, NOVITZ
SANCHEZ, GASTON & ZIMET, LLP**
By: Rondiene E. Novitz, Esq.
Attorneys for Defendant
341 Conklin Street
Farmingdale, New York 11735
Tel: 516-586-8513
File No. 70014.008
Email: rnovitz@cmlawfirm.com

_____,USDJ
SO ORDERED

{SECURE Firm/70014/00008/SETTDOCS/03467349.DOCX }